**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOYE GREENE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WAL-MART STORES EAST, LP** | : | No. 16-6693 |

**O R D E R**

**AND NOW**, this 6th day of August, 2018, **I HEREBY ORDER** that Defendant's motion for summary judgment (Doc. No. 12) is **GRANTED**.

BY THE COURT:


/s J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**